Latonia Smith
FMC Carswell
P.O. Box 27137
Ft. Worth, TX 76127

# UNITED STATES DISTRICT COURT
# DISTRICT OF TEXAS

Latonia Smith,
    Plaintiff

-vs-

M. Smith-FMC Carswell Warden,
    Defendant

Case No. 4-23CV-509-P

Complaint



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 23 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## Introduction

Plaintiff wishes to proceed in forma pauperis and requests emergency injunctive relief.

Plaintiff, Ms. Smith, has a right to confidential and privileged legal and/or attorney communications, as set out by law. Federal pretrial detainees have a heightened right to the privilege as their cases are pending. The basis of this lawsuit is to protect and uphold that right.

## Background

Plaintiff, Ms. Smith, is a Las Vegas, NV pretrial detainee being held at FMC Carswell for psychiatric evaluation in case 3:22-cr-00051-RTB-CSD. Ms. Smith arrived at FMC Carswell on December 6, 2022 for psychiatric evaluation and has several pending cases for which she receives legal/attorney communications. Ms. Smith has been having her legal/attorney communications opened in her presence

(1)

Clerk of the Court:
   Please file enclosed Complaint and send application to proceed in forma pauperis.

   Thanks



NORTH TEXAS TX P&DC
DALLAS TX 750
18 MAY 2023 PM 2  L

Name Leatorria Smith M7
Reg. No. 55918048
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

⇔55918-048⇔
Us District Clerk
501 W 10TH ST
Suite 310
FORT Worth, TX 76102
United States

X-RAY

Legal Not Privileged

New case

Please see

[illegible handwriting]