**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**LATONIA SMITH,**
**(BOP No. 55918-048),**
      **Plaintiff,**

**v.**                                    **Civil Action No. 4:23-CV-509-P**

**M. SMITH, Warden,**
**FMC-Carswell,**
      **Defendant.**

### FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this **28th day** of **June, 2023.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE